IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK BROWN,

    Plaintiff,

v.

NANCY GARCIA and
MARIROSE HOWELL,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-775-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 6/4/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |